JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Illia Kornea and Octavian Kecenovici

**DEFENDANTS**
Jeffrey and Patricia Miller, Ahmed Raed

**(b)** County of Residence of First Listed Plaintiff: **bucks county**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Los Angeles County**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [x] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [x] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | | | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / **PERSONAL PROPERTY** / [ ] 370 Other Fraud | **LABOR** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | | [ ] 485 Telephone Consumer Protection Act |
| [x] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | | | [ ] 861 HIA (1395ff) | |
| [ ] 196 Franchise | [ ] 362 Personal Injury - Medical Malpractice / [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| | | [ ] 751 Family and Medical Leave Act | [ ] 863 DIWC/DIWW (405(g)) | |
| | | | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights / **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations / [ ] 530 General | | | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | | [ ] 462 Naturalization Application | | |
| | | [ ] 465 Other Immigration Actions | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 446 Amer. w/Disabilities - Other / [ ] 540 Mandamus & Other | | | |
| | / [ ] 550 Civil Rights | | | |
| | [ ] 448 Education / [ ] 555 Prison Condition | | | |
| | / [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC §§ 1331 and 1332.
Brief description of cause:
Breach of Contract and Fraud

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

United States District Court, Eastern District of Pennsylvania

Illia Kornea
6314 Fernwood Ave
Bensalem, PA [19020]

|  |  |
|---|---|
| Illia Kornea and Octavian Kecenovici | Case No.: _____ |
| Plaintiffs | Complaint for foreclosure of Agriculture Lien by Judicial Process. |
| Vs. |  |
| Jeffrey and Patricia Miller, Ahmed Raed Defendants and Does 1-20 Et al. |  |

COMES NOW Illia Kornea and Octavian Kecenovici, Plaintiffs in the above styled and numbered complaint in propria persona and files this Federal, Common Law, Maritime Claim/Complaint against Defendants Jeffery Miller and co-defendants Patricia Miller, and Ahmed Raed in support thereof would show unto the court the following evidence and causes of action by affidavit, including matters and facts.

## STATEMENT OF CASE

This is a Complaint for foreclosure of an Agricultural Lien by Judicial Process under Article 9 § 9601 et seq., that is in default and subject to foreclosure under Article 9 § 9601 by Judicial Process for Breach of Contract, *Unethical Business Practices, under the California* BUSINESS AND PROFESSIONS CODE – BPC DIVISION 7. GENERAL BUSINESS REGULATIONS [§§16000 - 18001] *( Division 7 added by Stats. 1941, Ch. 61. ), dishonor of presentment under Article 111 § 3501 of the California Commercial Code.*

### Admiralty: An Overview

Admiralty law or maritime law is the distinct body of law (both substantive and procedural) governing navigation and shipping. Topics associated with this field in legal reference works may include: shipping; navigation; waters; commerce; seamen; towage; wharves, piers, and docks; insurance; maritime liens; canals; and recreation. Piracy (ship hijacking) is also an aspect of admiralty.

The courts and Congress seek to create a uniform body of admiralty law both nationally and internationally in order to facilitate commerce. The federal courts derive their exclusive jurisdiction over this field from the Judiciary Act of 1789 and from Article III, § 2 of the U.S. Constitution. Congress regulates admiralty partially through the Commerce Clause. American admiralty law formerly applied only to American tidal waters. It now extends to any waters navigable within the United States for interstate or foreign commerce. In such waters admiralty jurisdiction includes maritime matters not involving interstate commerce, including recreational boating.

Admiralty law in the United States developed from the British admiralty courts present in most of the American colonies. These courts functioned separately from courts of law and equity. With the Judiciary Act,

1

though, Congress placed admiralty under the jurisdiction of the federal district courts. Although admiralty shares much in common with the civil law, it is separate from it. Common law does not act as binding precedent on admiralty courts, but it and other law may be used when no law on point is available.

Parties subject to admiralty may not contract out of admiralty jurisdiction, and states may not infringe on admiralty jurisdiction either judicially or legislatively. Since admiralty courts, however, are courts of limited jurisdiction (which does not extend to nonmaritime matters), 28 USC § 1333(1), the "Savings to Suitors Clause," does provide for concurrent state jurisdiction so that non-admiralty remedies will not be foreclosed. Moreover, state courts may have jurisdiction where the matter is primarily local.

Under admiralty, the ship's flag determines the source of law. For example, a ship flying the American flag in the Persian Gulf would be subject to American admiralty law; and a ship flying a Norwegian flag in American waters will be subject to Norwegian admiralty law. This also applies to criminal law governing the ship's crew. But the ship must be flying the flag legitimately; that is, there must be more than insubstantial contact between the ship and its flag, in order for the law of the flag to apply. American courts may refuse jurisdiction where it would involve applying the law of another country, although in general international law does seek uniformity in admiralty law.

Just as the Federal Rules of Civil Procedure placed law and equity under the same jurisdiction in 1938, the 1966 rules subsumed admiralty. Nonetheless, the Supplemental Admiralty Rules take precedence over the Federal Rules of Civil Procedure in the event of conflict between the two.

This is an in rem complaint under supplementary Rule C, against Defendants

## STATEMENT OF JURISDICTION

1.United States District Court, Eastern District of Pennsylvania - Court has jurisdiction based on diversity of citizenship, and Federal question jurisdiction under 28 USC §§ 1331 and 1332.

This case involves a *posteriori* assumption and is an assumption that is presumed to be true without any assessment of the facts or without further proof. *A posteriori* refers to the reasoning that stems from the observation of known facts or past events, rather than the making of an *a priori* assumption or prediction, i.e. before conducting such observation.

## JUDICIAL POWER

The District Court of the United States is vested with judicial power under Article III Section 2 of the Constitution of the United States of America. The Judicial Power shall extend to all cases, in law and equity, arising under this Constitution, the laws of the United States, and treaties made, or which shall be made, under their authority;--to all cases affecting ambassadors, other public ministers and consuls;--to all cases of admiralty and maritime jurisdiction;--to controversies to which the United States shall be a party;--to controversies between two or more states;--between a state and citizens of another state;--between citizens of different states;--between citizens of the same state claiming lands under grants of different states, and between a state, or the citizens thereof, and foreign states, citizens or subjects.

II.             ORIGINAL JURISDICTION

TITLE 28 > PART IV > CHAPTER 85 > § 1333
§ 1333. Admiralty, maritime and prize cases

The district courts shall have original jurisdiction, exclusive of the courts of the States, of:

(1) Any civil case of admiralty or maritime jurisdiction, saving to suitors in all cases all other remedies to which they are otherwise entitled.

(2) Any prize brought into the United States and all proceedings for the condemnation of property taken as prize.

III. THIS CASE INVOLVES THE FEDERAL COMMON LAW OF ADMIRALTY;  WITH MARITIME RULES GOVERNING THIS COMPLAINT:

Rule 9. Pleading Special Matters

(a) Capacity or Authority to Sue; Legal Existence.

(1) In General.

Except when required to show that the court has jurisdiction, a pleading need not allege:

(A) a party's capacity to sue or be sued;

(B) a party's authority to sue or be sued in a representative capacity; or

(C) the legal existence of an organized association of persons that is made a party.

(2) Raising Those Issues.

To raise any of those issues, a party must do so by a specific denial, which must state any supporting facts that are peculiarly within the party's knowledge.

(b) Fraud or Mistake; Condition of Mind.

In alleging fraud or mistake, a party must state with particularity the circumstances constituting fraud or mistake.  Malice, intent, knowledge, and other conditions of a person's mind may be alleged generally.

3

(c) Conditions Precedent.

In pleading conditions precedent, it suffices to allege generally that all conditions precedent have occurred or been performed. But when denying that a condition precedent has occurred or been performed, a party must do so with particularity.

(d) Official Document or Act.

In pleading an official document or official act, it suffices to allege that the document was legally issued or the act legally done.

(e) Judgment.

In pleading a judgment or decision of a domestic or foreign court, a judicial or quasi-judicial tribunal, or a board or officer, it suffices to plead the judgment or decision without showing jurisdiction to render it.

(f) Time and Place.

An allegation of time or place is material when testing the sufficiency of a pleading.

(g) Special Damages.

If an item of special damage is claimed, it must be specifically stated.

(h) Admiralty or Maritime Claim.

(1) How Designated.

If a claim for relief is within the admiralty or maritime jurisdiction and also within the court's subject-matter jurisdiction on some other ground, the pleading may designate the claim as an admiralty or maritime claim for purposes of Rules 14(c), 38(e), and 82 and the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A claim cognizable only in the admiralty or maritime jurisdiction is an admiralty or maritime claim for those purposes, whether or not so designated.

(2) Designation for Appeal.

A case that includes an admiralty or maritime claim within this subdivision (h) is an admiralty case within 28 U.S.C. § 1292(a)(3).

4

2. Plaintiff is an adult resident/citizen of (Bensalem township, Pennsylvania)

3. Defendants Jeffrey Miller and co-defendant Patricia Miller are a Married Couple and are adult's and residents/citizens of (Los Angeles County, Covina, California).

4. The First Cause of Action is Breach of Contract (see Exhibit A, written contract): On or about 15th of April, 2019 Plaintiffs and Defendants entered into a contract under the terms and provisions of which Plaintiffs furnished to Defendants funds to invest in the amount of $57,125.00 and the weekly proceeds from April 15th Through May 29th, 2019, in the total amount of $120,000.00. Jeffrey Miller paid Plaintiffs in the amount of $30,000.00 on May 31, 2019, then over the course of the following two (2) years, paid the amount of $13,650.00 from February 2020 to May 3, 2021 (see Exhibit B, spreadsheet showing Distribution of ROI) totaling $43,650.00. Contractually, Mr. Miller promised to pay $1,523,750.00 Return on Investment (ROI), with payments between $90.000.00 and $120,000.00 monthly for a period of 13 months totaling $1,523,750.00. Mr. Miller failing to meet contractual agreement and obligation paid Plaintiffs only $43,650.00 within the 13 month time-period, falling short of said agreement/obligation by $1,480,100.00. The amount of the lien is $1,523,750.00 plus 10 percent interest in lawful money, plus itemized interest totaling $2,523,750.00.

California Civil Code Section 3289 allows for interest at 10% for breach of contract.

The Second Cause of Action: Plaintiff's Ilia Kornea and Octavian Kecenovici made weekly presentments to Defendants Jeffrey and Patricia Miller as a married couple by way of dishonored text messages and emails from the date of June 9th of 2019 to December 7, 2021 under California Commercial Code §3501 (1)(2)(3)(4) to charge them and make them liable for dishonor and bad faith the amount of $2,523,750.00.

The Third Cause of Action: are Unethical Business Practices, under the California
BUSINESS AND PROFESSIONS CODE – BPC DIVISION 7. GENERAL BUSINESS REGULATIONS [§§16000 - 18001]
*( Division 7 added by Stats. 1941, Ch. 61. )* being in dishonor, breach of contract. Unethical Business Practices a.k.a., Unfair Competition is essentially a deceptive or wrongful business practice that economically harms Plaintiffs, consumers or business entities....

5

Federal and state laws are designed to protect the economic, intellectual, and creative investments made by businesses in distinguishing themselves and their products.

5. Attached as an exhibit is the Agricultural Lien [recorded as Exhibit C, attached] of materials and labor furnished as farm property by Plaintiffs to Defendants and is attached and made a part of this Complaint. All of the materials and labor described in Exhibit A were used by Defendants in the construction and expense of farm property.

Plaintiffs have complied with all provisions of law relating to the filing and perfecting of an Agricultural lien under Article 9 Sections 9601 et seq. of the California commercial code for Enforceability and may (1) Reduce a claim to judgment, foreclose, or otherwise enforce the claim, security interest, or agricultural lien by any available judicial procedure[see Exhibit B].

Plaintiffs supplementary Rule C, claim which is a lien in rem on Defendant's real property; AIN:8403-02-17 [located at 1304 EAST DEXTER STREET, COVINA, CALIFORNIA, LOS ANGELES COUNTY] and Vehicles Owned or Driven: Pontiac G5, Vehicle (VIN); 1G2AN15BX77252124; Dodge Caliber (VIN) 1B3HB48BX8D673040; Cadillac Cts, (VIN) 1G6D25ED9B0170058, proceeds from RADRELAX LLC, and FIBERH LLC, Real property to secure payment of the amount owed $2,523,750.00 still due and owing from Defendants to Plaintiffs by contractual obligation. Plaintiff has performed all terms and conditions of the contract on Plaintiff's part to be performed.

PRAYER FOR RELIEF;

WHEREFORE Plaintiffs requests:

1. Judgement in the amount of $2,523,750.00 still due and owing from Defendants to Plaintiffs that Defendant's above-described collateral and the real property to be sold and the proceeds to be applied to plaintiff's lien.

2. That Plaintiff be awarded costs of suit and;

6

That the court grant Plaintiff such other and further relief as it deems just by the nature of this cause may require.

3. Orders on condition of judgment the court orders Jeffrey Miller and Patricia Miller to disclose all real and personal property, tangible or intangible, hidden and public accounts which Jeffrey Miller and Patricia Miller has under his/her control.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. Commonwealth of Pennsylvania in the County of ____PA____ Subscribed and sworn to (or affirmed) before me on this __3__ day of __March__, 20_22_, by _____ __Illia Kornea__, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____ (Seal)

SIGNED UNDER PENALTY OF PERJURY

by: _____
Illia Kornea

Commonwealth of Pennsylvania-Notary Seal
ROBERT C LUCAS NOTARY PUBLIC
DELAWARE COUNTY
MY COMMISSION EXPIRES JUNE 7, 2025
COMMISSION NUMBER 1214971

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. State of Ohio County of __Butler__ Subscribed and sworn to (or affirmed) before me on this __2__ day of __March__, 20_22_, by __Octavian Ioan Kecenovici__, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____ (Seal)

SIGNED UNDER PENALTY OF PERJURY

by: _____
OCTAVIAN IOAN KECENOVICI



Austin Bland
Notary Public
In and For the State of Ohio
Recorded in Butler County
My Commission Expires
12 March 2023

## AFFIDAVIT OF NOTARY PRESENTMENT

state of pennslyvania  )
                       ) ss.
county of ~~bucks~~ Delaware )

### CERTIFICATION OF MAILING

On this __3rd__ day of __March__, 2022, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that Illia: House of Kornea appeared before me with the following documents listed below. I, the undersigned notary, personally verified that these documents were placed in an envelope and sealed by me. They were sent by United States Post Office Registered Mail receipt mail#  RE 7019 2970 0002 0713 7098 / Email: PAED_DOCUMENTS@paed.uscourts.gov

**NAME AND ADDRESS OF THE RECEIVER**
To: Clerk Claire Barkman
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

**Contents:**
1. Complaint for Agriculture Lien by Judicial Process. (8 pages)
2. Exhibit A: Contract                          (11 pages)
3. Exhibit B: Agricultural Lien & Collateral    (24 pages)
4.                                              (Total 43 pages)

WITNESS my hand and official seal.

_Robert C Lucas_  3/3/22                        (Seal)
NOTARY PUBLIC         DATE

My commission expires: __June 7__, 20__25__

Commonwealth of Pennsylvania-Notary Seal
ROBERT C LUCAS NOTARY PUBLIC
DELAWARE COUNTY
MY COMMISSION EXPIRES JUNE 7, 2025
COMMISSION NUMBER 1214971

8